In the Matter of the Probate of the Will of KATHRYN A. BRENNAN, Deceased.

JAMES F. CLARK, as One of the Executors, et al., Respondents.
JAMES E. Lo PICCOLO, as Special Guardian for Unknown Heirs, Appellant.

Submitted April 10, 1944; decided April 20, 1944.

*Thomas W. Constable* for motion.
*James E. Lo Piccolo,* in person, opposed.
Motion granted and appeal dismissed, without costs.